**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARGARITA FLORES,

                     Plaintiff,

-against-                              20 **CIVIL** 1240 (KMK)

                                            **JUDGMENT**

MATTHEW L. BERGTRAUM,

                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated January 13, 2022, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

       January 13, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                     **BY:**     K. Mango
                                                  **Deputy Clerk**